**Order entered March 13, 2020**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

**No. 05-19-00942-CR**
**No. 05-19-00943-CR**
**No. 05-19-00944-CR**
**MARCOS GALLEGOSMARTINEZ, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 204th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F18-57057-Q, F18-57058-Q & F18-57059-Q**

**ORDER**

Before the Court is April Smith's March 2, 2020 motion to withdraw as counsel for appellant. We **GRANT** the motion and **DIRECT** the Clerk to remove April Smith as appellant's counsel of record.

We **ORDER** the trial court to appoint new counsel to represent appellant in these appeals. We **ORDER** the trial court to transmit a supplemental clerk=s

record containing the order appointing new counsel to this Court within **THIRTY DAYS** of the date of this order.

We **DIRECT** the Clerk to send copies of this order to the Honorable Tammy Kemp, Presiding Judge, 204th Judicial District Court; to April Smith; and to the Dallas County District Attorney's Office.

We **ABATE** these appeals to allow the trial court to comply with this order. We will reinstate the appeals when we receive the order appointing new counsel.

/s/    BILL PEDERSEN, III
       JUSTICE